UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22361-CIV-WILLIAMS

DEL MONTE FRESH PRODUCE N.A., INC.,

    Plaintiff,

vs.

PACKAGING CORPORATION OF AMERICA;
et al.,

    Defendants.
_____/

### ORDER DISMISSING CASE

**THIS MATTER** is before the Court on Plaintiff's notice of voluntary dismissal. (DE 32). Upon review of the motion and the record, this action is **DISMISSED**, with each party to bear its own costs and attorneys' fees. All pending motions are **DENIED AS MOOT**. Any deadlines and hearings are **CANCELED**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 17th day of November, 2015.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE